# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO LEE MIXON,<br><br>    Petitioner,<br><br>    v.<br><br>CHELSEA KALLAS, et al.,<br><br>    Respondents. | Case No. 3:20-cv-00677-RCJ-CLB<br><br>**ORDER** |

Petitioner, a Nevada prisoner, has submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. Petitioner has not filed an application to proceed in forma pauperis or paid the filing fee. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rules LSR 1-1, 1-2.

Thus, the present action will be dismissed without prejudice to the filing of a habeas petition pursuant to 28 U.S.C. § 2254 on the form required by this court in a new action with either the $5.00 filing fee or a completed application to proceed in forma pauperis on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate.

Petitioner also has filed a motion to change the venue (ECF No. 3). The court denies the motion because the court is dismissing the action.

1    IT THEREFORE IS ORDERED that this action is **DISMISSED** without prejudice to the
2 filing of a petition in a new action with either the $5.00 filing fee or a properly completed
3 application form to proceed in forma pauperis.

4    IT FURTHER IS ORDERED that a certificate of appealability is denied, as jurists of
5 reason would not find the court's dismissal of this improperly commenced action without
6 prejudice to be debatable or incorrect.

7    IT FURTHER IS ORDERED that the clerk send petitioner two copies each of an
8 application form to proceed in forma pauperis for incarcerated persons and a noncapital Section
9 2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers
10 that he submitted in this action.

11    IT FURTHER IS ORDERED that petitioner's motion to change the venue (ECF No. 3) is
12 **DENIED**.

13    IT FURTHER IS ORDERED that the clerk enter judgment accordingly and close this
14 action.

15    DATED: March 1, 2021.

_____
ROBERT C. JONES
United States District Judge